# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRIOS MAGDALINOS,<br><br>    Plaintiff,<br><br>v.<br><br>SMITHS FOOD & DRUG CENTERS, INC., *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-02125-ART-NJK<br><br>**Order** |

This case was removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify the citizenship attributed to him. *See* Docket No. 12.

Accordingly, Defendant must file an amended certificate of interested parties by January 30, 2024, fully identifying the citizenship attributed to her.

IT IS SO ORDERED.

Dated: January 23, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1