1

2

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

4

5

6

7

8

9

| | |
|---|---|
| DIMITRIOS MAGDALINOS,<br><br>      Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>      Defendant. | Case No. 2:23-cv-02125-ART-NJK<br><br>**ORDER**<br><br>[Docket No. 18] |

10      Pending before the Court is the parties' stipulation to extend discovery deadlines by 90

11 days.  Docket No. 18.

12      A request to extend discovery deadlines must include a statement specifying the discovery

13 completed, a specific description of the discovery that remains, the reasons why the subject

14 deadline cannot be met, and a proposed schedule for completing the outstanding discovery.  Local

15 Rule 26-3.  The request must also be supported by a showing of good cause.  *Id.*  The good cause

16 analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of

17 diligence.  *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).  This

18 showing of diligence is measured by the movant's conduct throughout the entire period of time

19 already allowed.  *CC.Mexicano.US, LLC v. Aero II Aviation, Inc.*, 2015 U.S. Dist. LEXIS 169110,

20 at *11-12 (D. Nev. Dec. 15, 2015).  If diligence is not established, the Court's inquiry should end.

21 *Johnson*, 975 F.2d at 609 (internal citation omitted).

22      Here, the parties have not demonstrated diligence.  This case has been pending since

23 October 4, 2023. Docket No. 1-1. Although the parties submit that they have diligently conducted

24 discovery, the parties have completed a minimal amount of discovery thus far.  *See* Docket No.

25 18 at 2.  Such conduct does not establish diligence.  Therefore, the Court cannot find good cause

26 and the inquiry ends.

27

28

1

Nonetheless, in the interest of deciding this case on its merits, the Court will extend the deadlines by 60 days.   During this time, the parties must diligently conduct discovery. Accordingly, the stipulation to extend discovery deadlines is **GRANTED** in part.  Docket No. 18. The deadlines are **RESET** as follows:

| | |
|---|---|
| Add/Amend Pleadings: | Closed |
| Initial Experts: | June 24, 2024 |
| Rebuttal Experts: | July 26, 2024 |
| Discovery Cut-Off: | August 23, 2024 |
| Dispositive Motions: | September 23, 2024 |
| Joint Pretrial Order: | October 23, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

IT IS SO ORDERED.

Dated: April 9, 2024

_____

Nancy J. Koppe
United States Magistrate Judge