|||
|---|---|
| | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIMITRIOS MAGDALINOS<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC<br>and Does I through V, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02125-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR<br><u>DISMISSAL WITH PREJUDICE</u>** |

**WHEREAS** all Parties and their counsel have agreed upon a full and final settlement of this case:

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Laurence Springberg, Esq. of the law firm SPRINGBERG LAW FIRM as counsel of record for Plaintiff DIMITRIOS MAGDALINOS as follows:

　　　　1.　　That the claims herein of Plaintiff DIMITRIOS MAGDALINOS against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//

//

//

2. That there is no trial date set for this matter.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 6th_day of January, 2026. | DATED this 6th day of January, 2026. |
| **SPRINGBERG LAW FIRM** | **COOPER LEVENSON, P.A.** |
| */s/ Laurence Springberg* | */s/ Jerry S. Busby* |
| LAURENCE SPRINGBERG, ESQ.<br>Nevada Bar No. 03162<br>801 South Rancho Drive, Suite E8<br>Las Vegas, Nevada 89106<br>(702) 731-9222<br>Attorneys for Plaintiff<br>Dimitros Magdalinos | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>Smith's Food & Drug Centers, Inc. |

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned case be dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

DATE: January 7, 2026